UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shihan Chen, Lianpei Qi individually and on behalf of all other employees similarly situated<br><br>        Plaintiff,<br><br>    - against -<br><br>Arts Nail Putnam Valley Inc., Arts Nail Vestal Inc., d/b/a "Art Nail Spa", Xiaoyan Zang, Haiying Zhou and Ye Zhou<br><br>        Defendants. | Case No. 17-CV-799<br><br>STIPULATION DISMISSAL |

  IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action and all claims asserted by Plaintiff Lianpei Qi and Jing Ru Yang therein are hereby dismissed in their entirety and with prejudice as against all Defendants, and with no award of attorneys' fees or costs by the Court to any party, except as provided in the Settlement Agreement.

  IT IS FURTHER STIPULATED that the Court will retain jurisdiction to enforce the settlement agreement.

Battisti Law Offices, P.C.
15 Hawley Street, 3rd Floor
Binghamton, NY 13901

By: /s/ Paul Battisti
 Paul Battisti, Esq.
 paul@battistilawoffices.com
 Attorney for Defendants

Hang & Associates, PLLC
136-20 38th Avenue, Suite 10G
Flushing, NY 11354

By: /s/ Shan Zhu
 Shan Zhu, Esq.
 szhu@hanglaw.com
 Attorney for Plaintiffs

IT IS SO ORDERED:

*/s/ Brenda K. Sannes*

Brenda K. Sannes
U.S. District Judge

Dated: March 26, 2021
Syracuse, NY